RECEIVED
DEC 28 2021
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

The United States District Court for the Southern District of Ohio

Chadwick Kister

vs.

State of Ohio

Case no. 2:21 CV 5917

Judge Watson

MAGISTRATE JUDGE DEAVERS

Lawsuit ~~Petition~~ Declaring Bonds UnConstitutional

Plaintiff Chadwick Kister (Chad Kister) hereby declares the money bond system UnConstitutional for violating the 14th Amendment, and equal protection under the law as well as other Constitutional rights and laws.

Millionaires and billionaires can bail out, while the poor languish in jail. The plaintiff could have uploaded video showing that he was the victim of burglary and assault, and was falsely accused of those crimes.

He also had an audio recorder in his pocket when he went through the checkout isle in Krogers, proving that

Page 1

Page 2

He did not commit inducing panic. With phone calls recorded in the jail that also violates the 5th Amendment, "nor shall any person be compelled in any criminal case to be a witness against himself." While the rich can make calls from their homes. Also, defendants are unable to give their side of the story while in jail thus the public are swayed by the prosecutions side, violating their 6th Amendment right to an impartial jury. It is also impossible for defendants to have "compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense," as reads the 6th Amendment of the US Constitution, while in jail. The plaintiff is held on ridiculous charges of alleged inducing panic, for paying $247 at Krogers. Saying he is running for County Commissioner and handing out a campaign flier. An activist in the Athens

Messenger reported that an alleged bomb threat stemming from Kister's appearance in the Nelsonville Krogers was "unfounded," and that it was other misinformation that led to the alleged bomb threat.

Still, Judge Patrick Lang wrongfully set an unfathomable $500,000 bond, after Judge Grace had previously set a $75,000 bond. The plaintiff is low-income, having never earned more than the poverty line, and is mentally disabled by government brain implant, one of the biggest scandals on the planet.

The brain implant provides 2 witnesses, Sasha Sigetic and Ross Martin who know he had no intent to cause inducing panic, nor was it a hoax, and he did not cause any panic.

Being in jail, and now acting as his own attorney, the plaintiff

Page 3

Now has no way to secure evidence or Subpoena video or Krogers cards and employee names and phone numbers to get witnesses as to the fact that no inducing panic was caused as required by the 6th Amendment of the US Constitution.

It is a violation of the plaintiff's rights under USC 42 §1983, a violation of his Constitutional rights as well as laws. The false charges of inducing panic are a violation of the plaintiff's 1st Amendment right to free speech, as well as of the press. To speak about his running for County Commissioner is protected speech, and handing out a campaign pamphlet is his right to freedom of the press.

The Plaintiff is a graduate of the Scripps School of Journalism of Ohio University, and is author of 5 books and has his Masters

Page 4

Page 5

degree also from OU. The 14th Amendment of the US Constitution reads, "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

The State of Ohio has violated the plaintiff's 14th Amendment Right to equal protection under the law by failing to release him without paying $500,000 and having someone sign for him.

Because he is poor (because of sheriff and FJSI deprivation of duty as well as false charges) the plaintiff is not equal to rich people who can afford bail bonds. Also, because his family is in Florida and Ohio, and his friends around the world, he does not know someone to sign for his release.

In the Case Maranda Lynn Odonnell et. al. V. Harris County, Texas et. al, April 28, 2017, the court ruled "Harris County's policy and practice violates the equal protection and due process clauses of the US Constitution (251 F. Supp. 3d (S.D. Tex 2017, civil action No, H-16-1414 US District Court S.D. Texas Houston Division April 28, 2017),

The case reads, "the exceptions... to the Constitutional right to bail... include the seeds of preventative detention urged by many to be abhorrent to the American System of justice."

The money bail-bond system is a violation of USC §1983 for violating the 14th Amendments right of equal protection under the law, as well as the 6th Amendment right to due process.

Please rule to set the plaintiff free on his own recognizance.

Signed,

Chad Kister

Chadwick Kister 12-22-2021

740-753-4060

Chadwick Kister
inmate# 019116
16677 Riverside Dr.
Nelsonville OH 45764