UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Chadwick Kister,**

        **Plaintiff,**                Case No. 2:21-cv-5917

v.                                    Judge Michael H. Watson

**State of Ohio,** *et al.*,            Magistrate Judge Jolson

        **Defendants.**

## OPINION AND ORDER

On August 17, 2022, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that Plaintiff's motions for leave to proceed in forma pauperis be denied and further recommending that Plaintiff be ordered to pay the full $402.00 filing fee within thirty days. R&R, ECF No. 10. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 5–6.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**; Plaintiff's motions to proceed in forma pauperis is **DENIED**. Plaintiff must pay the full $402.00 filing fee **WITHIN THIRTY DAYS** of this Order. Plaintiff is **CAUTIONED** that failure to

pay the filing fee will result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is **DIRECTED** to terminate ECF Nos. 1, 7, and 10.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT